IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** § § § | |
| Plaintiff, § § | Civil Action No. 2:13-cv-00107-JRG |
| v. § § | |
| **HGST, INC.,** § § | JURY TRIAL DEMANDED |
| Defendant. § § § | |

# NOTICE OF APPEARANCE OF JEFFREY G. HOMRIG
# AND DESIGNATION OF LEAD COUNSEL FOR DEFENDANT HGST, INC.

Defendant HGST, Inc. hereby notifies the Court and all parties of record that Jeffrey G. Homrig, of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065; Telephone (650) 453-5170; Facsimile (650) 453-5171; jhomrig@kasowitz.com will be appearing as an attorney of record on its behalf.

Additionally, Defendant HGST, Inc. hereby notifies the Court and all parties of record that Jeffrey G. Homrig should be designated as lead counsel for Defendant HGST, Inc. in the above referenced matter.

March 13, 2013

Respectfully submitted,

/s/     Jeffrey G. Homrig
Jeffrey G. Homrig
California Bar No. 215890
jhomrig@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171

Attorney for Defendant HGST, Inc.

SV-#10007059-v1-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on March 13, 2013.

                                                          */s/*    *Jeffrey G. Homrig*
                                                          Jeffrey G. Homrig