**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** § § § **Plaintiff,** § § v. § § **HGST, INC.,** § § **Defendant.** § § § | Civil Action No. 2:13-cv-00107-JRG  JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF PARKER C. ANKRUM**

Defendant HGST, Inc. hereby notifies the Court and all parties of record that Parker C. Ankrum, of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065; Telephone (650) 453-5170; Facsimile (650) 453-5171; pankrum@kasowitz.com will be appearing as an attorney of record on its behalf.

March 13, 2013                                  Respectfully submitted,

/s/     *Parker C. Ankrum*
Parker Ankrum
California Bar No. 261608
pankrum@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Attorney for Defendant HGST, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on March 13, 2013.

>   */s/     Parker C. Ankrum*
>   Parker C. Ankrum