**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** § § § | |
| Plaintiff, § § | Civil Action No. 2:13-cv-00107-JRG |
| v. § § | |
| **HGST, INC.,** § § | JURY TRIAL DEMANDED |
| Defendant. § § § | |

## NOTICE OF APPEARANCE OF CHAO "WENDY" WANG

Defendant HGST, Inc. hereby notifies the Court and all parties of record that Chao "Wendy" Wang, of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065; Telephone (650) 453-5170; Facsimile (650) 453-5171; cwang@kasowitz.com will be appearing as an attorney of record on its behalf.

March 13, 2013

Respectfully submitted,

/s/     *Chao "Wendy" Wang*
Chao "Wendy" Wang
cwang@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Attorney for Defendant HGST, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on March 13, 2013.

*/s/ Chao "Wendy" Wang*
Chao "Wendy" Wang
